United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                Case No. 19-04907-HWV
Raymond Winfield Harland                                               Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1              Date Rcvd: Mar 25, 2020
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Raymond Winfield Harland,    124 Sherrill Drive,    New Oxford, PA 17350-9221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC
            bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pa-bk@logs.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
            pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Thomas E. Miller   on behalf of Debtor 1 Raymond Winfield Harland staff@tommillerlawoffice.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Raymond Winfield Harland,

**Debtor 1**

Chapter          7

Case No.          1:19–bk–04907–HWV

Social Security No.:

                xxx–xx–4281

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Lawrence V. Young (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  March 25, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)